EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br>José G. Rolón Rivera | 2015 TSPR 115<br><br>193 DPR ____ |
| --- | --- |

Número del Caso: TS-2573

Fecha: 21 de agosto de 2015

Abogado del peticionario:

       Por derecho Propio

Materia: Reactivación al ejercicio de la abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

José G. Rolón Rivera                    TS-2573

RESOLUCIÓN

En San Juan, Puerto Rico, a 21 de agosto de 2015.

Luego de evaluar la solicitud del Lcdo. José G. Rolón Rivera, se provee con lugar al cambio de estatus a abogado activo. Se ordena al licenciado Rolón Rivera activar su perfil en el servicio electrónico de la Rama Judicial para abogados (UniRed) y así actualizar su información de contacto en el Registro Único de Abogados y Abogadas (RUA).

Además, se le apercibe que de interesar reactivar su notaría, deberá presentar una solicitud al respecto en la que acredite tener expedida a su favor una fianza según lo requiere el Art. 7 de la Ley Notarial y la Regla 9 del Reglamento Notarial de Puerto Rico.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo